UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 18, 2012

## No. 12-4067

IN RE: BLOOD REAGENTS ANTITRUST LITIGATION

ORTHO CLINICAL DIAGNOSTICS, INC.,
Appellant

(E.D. Pa. No. 2-09-md-02081)

Present: SCIRICA, SMITH and CHAGARES, Circuit Judges

1. Unopposed Motion by Appellant for Thirty (30) Day Extension of Time to file Brief and Appendix after Supreme Court issues decision on class certification in Comcast Corp. v. Behrend, No. 11-864.

Respectfully,
Clerk/jk

_____ORDER_____

The foregoing motion is granted. The parties are directed to notify the Clerk within seven (7) days of the Supreme Court's decision on the class certification issue and a new briefing schedule will be issued.

By the Court,

/s/Anthony J. Scirica
Circuit Judge

Dated:    January 4, 2013
JK/cc:        All Counsel of Record