

Paul H. Saint-Antoine
215-988-2990 Direct
215-988-2757 Fax
Paul.Saint-Antoine@dbr.com

*Law Offices*

One Logan Square, Ste. 2000
Philadelphia, PA
19103-6996

215-988-2700 phone
215-988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

October 16, 2013

**Via Electronic Filing**

Marcia M. Waldron, Clerk
Office of the Clerk
United States Court of Appeals
 for the Third Circuit
21400 U.S. Courthouse
601 Market St.
Philadelphia, PA  19106-1790

Re:   In re: *Blood Reagents Antitrust Litigation*, Case No. 12-4067

Dear Ms. Waldron:

This letter is on behalf of Appellant Ortho-Clinical Diagnostics, Inc. ("Ortho"), in reply to the submission by Plaintiffs-Appellees on October 15, 2013 of supplemental authority. Contrary to the assertion in the Plaintiffs-Appellees' submission, the district court in *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. C-07-5944-SC (N.D. Cal. Sept. 19, 2013), did not reject the arguments advanced by Ortho in the above-referenced appeal.

The district court in *CRT* was clear that, consistent with the U.S. Supreme Court's decision in *Comcast Corp. v. Behrend*, 133 S. Ct. 1426 (2013), it was obligated to rigorously analyze at the class stage the expert testimony on *both* antitrust impact and damages. *CRT*, slip op. at 5. Moreover, contrary to the district court's decision in this case to defer scrutiny of the reliability of Dr. John Beyer's methodology until summary judgment, the Interim Special Master in *CRT* did address the objections to the reliability of the regression analysis proffered by the plaintiffs' expert, Dr. Janet Netz. As the district court recognized in *CRT*, there is a difference between arguments on reliability and admissibility, which the Special Master properly addressed at the class stage, and those that go instead to the weight of the expert testimony, which are for the jury. *Id.* at 22.

Respectfully submitted,

Paul H. Saint-Antoine

cc:   Jeffrey J. Corrigan, Esq. (via electronic mail)

*Established 1849*